# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**A.C. RUGH, T.H. CAMPBELL, T.P. BELSKY**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### MAHEDI H. KHAN
### CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201600195
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 1 March 2016.
**Military Judge**: Maj M.D. Libretto, USMC.
**Convening Authority**: Commanding Officer, 2d Assault Amphibian Battalion, 2d Marine Division, Camp Lejuene, NC.
**Staff Judge Advocate's Recommendation**: Maj K.G. Phillips, USMC.
**For Appellant**: LCDR Derek Hampton, JAGC, USN.
**For Appellee**: Brian Keller, Esq.

### 28 July 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court


R.H. TROIDL
Clerk of Court